**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **HOTEL REHAB SPECIALISTS LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **47-5104917** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **406 Northwest Highway** **Fox River Grove, IL 60021** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **McHenry** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.hotelrehabllc.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **HOTEL REHAB SPECIALISTS LLC** _____   Case number (*if known*) _____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2366__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **HOTEL REHAB SPECIALISTS LLC**
_____   Case number (*if known*) _____
         Name

**11. Why is the case filed in**        *Check all that apply:*
    ***this district?***

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**       ■ **No**
    **have possession of any**
    **real property or personal**   ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                                     **Why does the property need immediate attention?** (*Check all that apply.*)

                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard?  _____

                                     ☐ It needs to be physically secured or protected from the weather.

                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     ☐ Other _____

                                     **Where is the property?**  _____
                                                                 Number, Street, City, State & ZIP Code

                                     **Is the property insured?**

                                     ☐ No

                                     ☐ Yes.  Insurance agency  _____

                                              Contact name  _____

                                              Phone  _____

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

███  **Statistical and administrative information**

**13. Debtor's estimation of**      .   *Check one:*
    **available funds**

    ■ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**   ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
    **creditors**            ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                             ■ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                             ☐ 200-999

**15. Estimated Assets**      ☐ $0 - $50,000            ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                             ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000            ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                             ■ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2018**
                MM / DD / YYYY

**X** **/s/ Victor Solarte**                              **Victor Solarte**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Derrick B. Hager**                           Date   **April 26, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Derrick B. Hager 6286310**
Printed name

**Derrick b. Hager, P.C.**
Firm name

**245 W. Roosevelt Rd.**
**Building 15, Suite 119**
**West Chicago, IL 60185**
Number, Street, City, State & ZIP Code

Contact phone   **630-587-7490**        Email address   **dirkhager@sbcglobal.net**

**6286310 IL**
Bar number and State

Debtor   **HOTEL REHAB SPECIALISTS LLC**                              Case number (if known) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4 / 25 / 2018
              MM / DD / YYYY

X _____                **Victor Solarte**
Signature of authorized representative of debtor   Printed name

Title   **President** _____

**18. Signature of attorney**   X _____   Date   4 / 25 / 2018
                               Signature of attorney for debtor          MM / DD / YYYY

**Derrick B. Hager 6286310**
Printed name

**Derrick b. Hager, P.C.**
Firm name

**245 W. Roosevelt Rd.**
**Building 15, Suite 119**
**West Chicago, IL 60185**
Number, Street, City, State & ZIP Code

Contact phone   **630-587-7490**   Email address   **dirkhager@sbcglobal.net**

**6286310 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **HOTEL REHAB SPECIALISTS LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 26, 2018**            X **/s/ Victor Solarte**
                                               Signature of individual signing on behalf of debtor

                                            **Victor Solarte**
                                               Printed name

                                            **President**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **HOTEL REHAB SPECIALISTS LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
  amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4/25/2018**   x _____
                                Signature of individual signing on behalf of debtor

                                **Victor Solarte**
                                Printed name

                                **President**
                                Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **HOTEL REHAB SPECIALISTS LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................... $ 362,469.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................ $ 362,469.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ 374,427.20

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ 368,881.50

4. Total liabilities .................................................................................................
   Lines 2 + 3a + 3b

   $ 743,308.70

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **HOTEL REHAB SPECIALISTS LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Chase Bank** | **Express Business CK** | 1398 | $16,000.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                 $16,000.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        **30,000.00**    -    **0.00**    = ....    **$30,000.00**
                                 face amount            doubtful or uncollectible accounts

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **HOTEL REHAB SPECIALISTS LLC**                    Case number *(If known)* _____
_____
Name

| 12. | **Total of Part 3.** | | **$30,000.00** |
|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** **Same as AR** | | **$0.00** | | **$0.00** |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| 23. | **Total of Part 5.** | | **$0.00** |
|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2006 Ford Passenger Van** | **$1,200.00** | | **$1,200.00** |
| 47.2.  **1999 Chevy Silverado pick up truck** | **$800.00** | | **$800.00** |
| 47.3.  **Tool Trailer** | **$900.00** | | **$900.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

**$2,900.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.hotelrehabllc.com** | **$0.00** | | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**62.**   **Licenses, franchises, and royalties**

**63.**   **Customer lists, mailing lists, or other compilations**

**64.**   **Other intangibles, or intellectual property**

**65.**   **Goodwill**

**66.**   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |
|---|
| Current value of debtor's interest |

**71.**   **Notes receivable**
Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Mechanic's Lien against San Antonio Mariott Northwest Hotel, 3233 NW Loop 410, San Antonio TX 78213**

**Genral Contractor, Allied Group Renovations Experts, 2109 Heck Ave., Neptune, NJ 07753 used Hotel Rehab LLC as subcontractors for this property and has not paid what is due**

| | | **$313,569.00** |
|---|---|---|
| Nature of claim | **Breach of Contract** | |
| Amount requested | **$313,569.00** | |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor      **HOTEL REHAB SPECIALISTS LLC**
              Name

Case number *(If known)* _____

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

      | $313,569.00 |
      |---|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

Debtor   **HOTEL REHAB SPECIALISTS LLC**                           Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $313,569.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $362,469.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $362,469.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **HOTEL REHAB SPECIALISTS LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name       **HOTEL REHAB SPECIALISTS LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** | **$99.00** |
| **ADAN BAUTISTA SANTOS**<br>**2931 W KAMM AVE**<br>**Caruthers, CA 93609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$990.00** | **$990.00** |
| **ADAN CASTRO**<br>**5414 CEDAR SPRINGS RD**<br>**Dallas, TX 75235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,592.50 | $5,592.50 |
|---|---|---|---|---|

**ALEX A. GUZMAN**
**9475 FOREST SPRINGS DR**
**Dallas, TX 75243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,708.00 | $1,708.00 |
|---|---|---|---|---|

**ALFREDO MATA MONREAL**
**3026 ALABAMA AVE**
**Dallas, TX 75216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,859.57 | $12,850.00 |
|---|---|---|---|---|

**ALLAN ROMERO**
**945 FOREST SPRINGS DR**
**Dallas, TX 75243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $955.25 | $955.25 |
|---|---|---|---|---|

**ANDERSON ESTRADA**
**496 ANDERSON AVE**
**Cliff Park, NJ 07110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **HOTEL REHAB SPECIALISTS LLC**

Name                                                Case number (if known)

---

**2.7**

Priority creditor's name and mailing address

**ANDY GONZALEZ**
**496 ANDERSON AVE**
**Cliff Park, NJ 07110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,860.00    $4,860.00

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address

**ANGEL ESTUARDO GARCIA**
**365 GORGE RD**
**Cliff Park, NJ 07110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,359.50    $3,359.50

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address

**APOLINARIO TUYUC**
**276 9TH ST**
**Fairview, NJ 07022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,708.50    $3,708.50

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address

**ARCADIO HERRERA GUTIERREZ**
**210 HEATHER TERR**
**Round Lake, IL 60073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$731.50    $731.50

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,249.51 | $4,249.51 |
|---|---|---|---|---|

**ARMANDO CARVALLO**
**443 9 CT**
**Hialeah, FL 33013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**ARNULFO CASTRO AGUILAR**
**5414 CEDAR ESPRING #1634**
**Dallas, TX 75235-7584**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid overtime wages** |

Last 4 digits of account number **2018**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,319.50 | $5,319.50 |
|---|---|---|---|---|

**ARTURO MURO**
**5151 LOCKWOOD AVE**
**Chicago, IL 60638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,147.00 | $5,147.00 |
|---|---|---|---|---|

**AUDNER ALEXANDER MILLA**
**13 MILTON AVE**
**Baltimore, MD 21224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,405.00** | **$1,405.00** |
|---|---|---|---|---|
| | **BERNABE ALDAZ**<br>**36440 N WESTMOORE AVE**<br>**Lake Villa, IL 60046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$286.00** | **$286.00** |
|---|---|---|---|---|
| | **BRAILIN VAZQUEZ**<br>**BRAILIN VAZQUEZ**<br>**Montgomery, AL 36105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,869.50** | **$3,869.50** |
|---|---|---|---|---|
| | **BYRON GABRIEL MUNOZ**<br>**64 JACKSON ST**<br>**West New York, NJ 07093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,302.00** | **$1,302.00** |
|---|---|---|---|---|
| | **CARLOS F BARRIENTOS**<br>**4918 KING DAVID BLVD**<br>**Annandale, VA 22003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,773.40 | $2,773.40

**CARMELO LOPEZ**
**361 AIRPORT RD**
**Colorado Springs, CO 80910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,510.00 | $3,510.00

**CESAR CALVA AGUILAR**
**36440 N WESTMOORE AVE**
**Lake Villa, IL 60046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,209.00 | $1,209.00

**CRISPIN FRIAS REYES**
**2313 VINE ST**
**Orlando, FL 32806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00

**CRISTOPHER ROSARIO VERAS**
**2278 SHEBOYGAN PL**
**Kissimmee, FL 34758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **HOTEL REHAB SPECIALISTS LLC**

Name                                              Case number (if known)

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.37 | $368.37 |
|---|---|---|---|---|

**DALE TEMPLE**
**406 Northwest Hwy**
**Fox River Grove, IL 60021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,902.00 | $1,902.00 |
|---|---|---|---|---|

**DANIEL GARCIA PEREZ**
**795 MELBURY FOREST**
**San Antonio, TX 78239**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,317.50 | $1,317.50 |
|---|---|---|---|---|

**DANIEL RIVERA**
**324 W ROCHELLE RD**
**Irving, TX 75062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.00 | $298.00 |
|---|---|---|---|---|

**DARWIN SEGURA CASTRO**
**180 POWEL ST**
**Brooklyn, NY 11212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,260.40** | **$5,260.40** |
|---|---|---|---|---|

**DAVID FELIPE HERRERA**
**1409 SUNSET DR**
**Round Lake, IL 60073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$648.00** | **$648.00** |
|---|---|---|---|---|

**DAVID FERNANDO HERRERA**
**1125 FOREST HILLS SCHOOL RD**
**Marshville, NC 28103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,176.00** | **$1,176.00** |
|---|---|---|---|---|

**DAVID VARELA**
**671 CLINTON ST**
**Reading, PA 19601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,838.00** | **$2,838.00** |
|---|---|---|---|---|

**DAVID VELAZCO CRUZ**
**460 TEAKWOOD ST**
**Oxnard, CA 93033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|--------|--------|--------|--------|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,965.89** | **$3,965.89** |
|------|--------|--------|--------|--------|
| | **DERY ROBINSON SEIJAS** | Check all that apply. | | |
| | **16 LINCOLN STREET** | ☐ Contingent | | |
| | **Fairview, NJ 07022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|--------|--------|
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|--------|--------|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$720.00** | **$720.00** |
|------|--------|--------|--------|--------|
| | **DIEGO TUY** | Check all that apply. | | |
| | **250 MORRIS ST** | ☐ Contingent | | |
| | **Fairview, NJ 07022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|--------|--------|
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|--------|--------|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,312.00** | **$4,312.00** |
|------|--------|--------|--------|--------|
| | **EDDI RONALDO GARCIA** | Check all that apply. | | |
| | **120 SHERICAN PLACE** | ☐ Contingent | | |
| | **Fairview, NJ 07022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|--------|--------|
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|--------|--------|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$378.00** | **$378.00** |
|------|--------|--------|--------|--------|
| | **EDGAR GOMEZ OSTOS** | Check all that apply. | | |
| | **6719 BUENA VISTA** | ☐ Contingent | | |
| | **San Antonio, TX 78227** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|--------|--------|
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|--------|--------|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

Debtor    **HOTEL REHAB SPECIALISTS LLC**
Name
Case number *(if known)*

---

**2.35**

Priority creditor's name and mailing address

**EDGAR LARA ESTRADA**
**210 HEATHER TERRACE**
**Round Lake, IL 60073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,590.00    $12,850.00

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36**

Priority creditor's name and mailing address

**EDGAR TISTA BACHAN**
**3900 EXECUTIVE AVE**
**Alexandria, VA 22305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,730.00    $2,730.00

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37**

Priority creditor's name and mailing address

**EDUARDO VILLASENOR**
**131 HIGHWAY DR**
**San Antonio, TX 78219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,028.71    $9,028.71

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38**

Priority creditor's name and mailing address

**EFREN MORALES**
**1526 KENMORE AVE**
**Round Lake, IL 60073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,343.50    $4,343.50

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **HOTEL REHAB SPECIALISTS LLC**
    Name

Case number *(if known)*

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|------|----|----|----|----|

**EIDY D MACIAS**
**614 JACKSON ST**
**West New York, NJ 07093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | | $5,335.50 | $5,335.50 |
|------|----|----|----|----|

**ELDER ORLANDO ESGUIVEL**
**36440 N WESTMOORE AVE**
**Lake Villa, IL 60046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | | $2,949.50 | $2,949.50 |
|------|----|----|----|----|

**ELDERMAR MOTA**
**210 HEATHER TERR**
**Round Lake, IL 60073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | | $1,087.50 | $1,087.50 |
|------|----|----|----|----|

**ELIA MARIBEL MENDEZ**
**155 FAIRFIELD DR**
**Frederick, MD 21702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor    **HOTEL REHAB SPECIALISTS LLC**
Name

Case number (if known)

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.37 | $582.37 |
|---|---|---|---|---|

**ELIAS JOSUE ESPINAL RUIZ**
**4711 66th PLACE**
**Hyattsville, MD 20784**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,466.00 | $2,466.00 |
|---|---|---|---|---|

**ERIN SANTOS**
**7410 MAI DR**
**Orlando, FL 32822**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 | $230.00 |
|---|---|---|---|---|

**ERMEND PEREZ**
**270 GRAND CONCOURSE**
**Bronx, NY 10457**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,972.50 | $1,972.50 |
|---|---|---|---|---|

**ERNESTO LOPEZ GONZALEZ**
**955 N DUESENBERG DR**
**Ontario, CA 91764**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **HOTEL REHAB SPECIALISTS LLC**
Name

Case number *(if known)*

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.00 | $273.00 |
|------|-----|-----|-----|-----|

**ERVIN ERAZO**
**11621 LOCKWOOD DR**
**Silver Spring, MD 20904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,072.00 | $2,072.00 |
|------|-----|-----|-----|-----|

**ERVIN SALINAS**
**5416 54TH AVE**
**Riverdale, MD 20737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,035.00 | $1,035.00 |
|------|-----|-----|-----|-----|

**ESPERANZA LAZO ACOSTA**
**2729 FIELDSTONE CT**
**Orlando, FL 32839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 - 2/3/2018**

Basis for the claim:
**unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.50 | $959.50 |
|------|-----|-----|-----|-----|

**EVELYN ROSE TORRES**
**527 NEWARK**
**Kenilworth, NJ 07033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 - 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,798.00 | $1,798.00 |
|---|---|---|---|---|

**FABIAN HERNANDEZ LOPEZ**
**626 BAINBRIDGE RD**
**Charlotte, NC 28212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.00 | $418.00 |
|---|---|---|---|---|

**FABIAN HERNANDEZ LOPEZ**
**6216 BAINBRIDGE RD**
**Charlotte, NC 28212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.00 | $810.00 |
|---|---|---|---|---|

**FABIAN LOPEZ**
**1434 E GALENA BLVD**
**Aurora, IL 60505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,642.53 | $2,642.53 |
|---|---|---|---|---|

**FELIPE JAVIER ARGUETA**
**763 TRASK AVE**
**Westminster, CA 92683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | HOTEL REHAB SPECIALISTS LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

---

**2.55**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,270.50 | $4,270.50 |
|---|---|---|---|
| **FERNANDO LOPEZ MENDEZ**<br>**836 S NORMANDIE AVE**<br>**Los Angeles, CA 90003** | | | |

| Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.56**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,194.50 | $3,194.50 |
|---|---|---|---|
| **FLAVIO MARTINEZ NUNEZ**<br>**210 HEATHER TERR**<br>**Round Lake, IL 60073** | | | |

| Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.57**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,683.00 | $1,683.00 |
|---|---|---|---|
| **FRANCIS PAYANO**<br>**429 WEST ST**<br>**Port Chester, NY 10573** | | | |

| Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.58**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $646.00 | $646.00 |
|---|---|---|---|
| **FRANCISCO DIAZ**<br>**782 STELLAR LN**<br>**Memphis, TN 38125** | | | |

| Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,526.98 | $3,526.98 |
|------|------|------|------|------|
| | **FRANCISCO SALAZAR**<br>**7810 CALLAGHAN RD**<br>**San Antonio, TX 78229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,020.00 | $1,020.00 |
|------|------|------|------|------|
| | **FRANCISCO SIS**<br>**2032 COLUMBIA PIKE**<br>**Arlington, VA 22204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,346.50 | $3,346.50 |
|------|------|------|------|------|
| | **FRANKI VELASQUEZ**<br>**213 19TH ST**<br>**Fairview, NJ 07022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,528.35 | $5,528.35 |
|------|------|------|------|------|
| | **FRAY BLANCO**<br>**213 9TH ST**<br>**Fairview, NJ 07022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,104.00** | **$1,104.00** |
|---|---|---|---|---|

**GABRIEL PENOVI**
**4000 HORIZON HILL BLVD**
**San Antonio, TX 78229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,144.50** | **$4,144.50** |
|---|---|---|---|---|

**GERONIMO OSEGUERA**
**434 SHARP ST**
**Hackettstown, NJ 07840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,369.01** | **$1,369.01** |
|---|---|---|---|---|

**GUSTAVO PUGA**
**334 ANDERSON AVE**
**Cliffside Park, NJ 07010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,930.00** | **$2,930.00** |
|---|---|---|---|---|

**HECTOR GONZALEZ RIVERA**
**137 WATERFALL PL**
**Dallas, TX 75240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | HOTEL REHAB SPECIALISTS LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.00 | $464.00 |
|---|---|---|---|---|
| | **HENRY SANCHEZ** | *Check all that apply.* | | |
| | **34 101 ST** | ☐ Contingent | | |
| | **Corona, NY 11368** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.00 | $244.00 |
|---|---|---|---|---|
| | **HERBERT MAZARIEGOS** | *Check all that apply.* | | |
| | **108 CHELLE CT** | ☐ Contingent | | |
| | **Ladson, SC 29456** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $518.00 | $518.00 |
|---|---|---|---|---|
| | **ISMAEL CARDOSO** | *Check all that apply.* | | |
| | **1200 PATRICIA** | ☐ Contingent | | |
| | **San Antonio, TX 78213** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|
| | **ISMAEL ORTEGA** | *Check all that apply.* | | |
| | **1200 PATRICIA** | ☐ Contingent | | |
| | **San Antonio, TX 78213** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | HOTEL REHAB SPECIALISTS LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.71** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$928.70** | **$928.70**

**IVAN ANIBAL SOLORZANO FLECHER**
**160 NW 35TH ST**
**Miami, FL 33142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.72** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,307.50** | **$2,307.50**

**IVAN CALVA CRUZ**
**28 NEVADA AVE**
**Medford, NY 11763**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.73** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,104.00** | **$1,104.00**

**IVAN FLORES**
**496 ANDERSON AVE**
**Cliff Park, NJ 07110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.74** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$162.00** | **$162.00**

**JAIR VENTURA CRUZ**
**13847 WATERFALL PL**
**Dallas, TX 75241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.00 | $396.00 |
|---|---|---|---|---|
| | **JAIRO GUERRA**<br>**121 MAIN ST**<br>**Hackettstown, NJ 07840** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.50 | $49.50 |
|---|---|---|---|---|
| | **JAVIER ALDANA**<br>**5822 9TH STR NW**<br>**Washington, DC 20011** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $751.37 | $751.37 |
|---|---|---|---|---|
| | **JEFFERSON APARTMENT GROUP**<br>**600 SOMERSET PARK DR**<br>**Leesburg, VA 20175** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.00 | $132.00 |
|---|---|---|---|---|
| | **JESUS CASTANEDA**<br>**3224 W SALINAS**<br>**San Antonio, TX 78207** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **HOTEL REHAB SPECIALISTS LLC**
Name

Case number (if known)

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,495.00 | $4,495.00 |
|------|------|------|------|------|

**JESUS DOMINGEZ**
**496 ANDERSON AVE**
**Cliffside Park, NJ 07010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,356.25 | $3,356.25 |
|------|------|------|------|------|

**JESUS VALENTIN RANGEL RECIO**
**36440 N WESTMOORE AVE**
**Lake Villa, IL 60046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,380.00 | $1,380.00 |
|------|------|------|------|------|

**JONATHAN ESPINOZA**
**3009 MAINE AVE**
**Medford, NY 11763**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $983.32 | $983.32 |
|------|------|------|------|------|

**JONATHAN TRUJILLO**
**36440 N WESTMOORE AVE**
**Lake Villa, IL 60046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **HOTEL REHAB SPECIALISTS LLC**                                    Case number (if known)
          Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,010.00 | $5,010.00 |

**JORGE LARA**
**12 SUMMIT ST**
**East Orange, NJ 07017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,540.00 | $2,540.00 |

**JORGE ZURITA**
**36440 N WESTMOORE AVE**
**Lake Villa, IL 60046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,626.00 | $1,626.00 |

**JOSE AGUIN TOMAS**
**4602 KENNEDY BLVD**
**Union City, NJ 07087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $576.00 |

**JOSE MARCOS**
**7010 NW 186TH ST**
**Hialeah, FL 33015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,089.00** | **$7,089.00** |

**JOSE MARIA CURIALES**
**210 HEATHER TERR**
**Round Lake, IL 60073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$386.22** | **$386.22** |

**JOSE T HERRERA**
**5414 CEDAR RD**
**Dallas, TX 75235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,992.00** | **$5,992.00** |

**JOSE VILLASENOR HERRERA**
**36440 N WESTMOORE AVE**
**Lake Villa, IL 60046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$698.00** | **$698.00** |

**JOSEPH CARTAGENA**
**10920 NEW HAMPSHIRE AVE**
**Silver Spring, MD 20903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,944.00 | $2,944.00 |
|---|---|---|---|---|

**JUAN CARLOS HERRERA**
**5414 CEDAR RD**
**Dallas, TX 75235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,707.62 | $10,707.62 |
|---|---|---|---|---|

**JUAN GABRIEL SIMON**
**4602 KENNEDY LN**
**Union City, NJ 07087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,012.50 | $2,012.50 |
|---|---|---|---|---|

**JULIO CESAR SANCHEZ**
**CARMONA**
**1738 PERKIOMEN AVE**
**Reading, PA 19602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,287.00 | $1,287.00 |
|---|---|---|---|---|

**JULIO CESAR SANCHEZ**
**CARMONA**
**1738 PERKIOMEN AVE**
**Reading, PA 19602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **HOTEL REHAB SPECIALISTS LLC**
Name

Case number (if known)

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $489.50 | $489.50 |
|------|---|---|---|---|

**JUNIOR CUSTODIO**
**10 SPRUCE STREET**
**Elmwood Park, NJ 07407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,621.25 | $4,621.25 |
|------|---|---|---|---|

**KENYA R PINEDA**
**51 RIVER DR**
**Dallas, TX 75235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.00 | $476.00 |
|------|---|---|---|---|

**LEANDRO PENA**
**2278 SHEBOYGAN PL**
**Kissimmee, FL 34758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,948.50 | $3,948.50 |
|------|---|---|---|---|

**LUCIO VASQUEZ PINA**
**1310 HIWAY DR**
**San Antonio, TX 78219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,592.25 | $2,592.25 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**LUIS ALBERTO CRUZ**
**36440 N WESTMOORE AVE**
**Lake Villa, IL 60046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,976.00 | $8,976.00 |
|-------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**LUIS HERNANDEZ VILLASENOR**
**751 MELBURY**
**San Antonio, TX 78239**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.00 | $666.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**LUIS LUNA VELAZQUEZ**
**885 N HOOD AVE**
**Gresham, OR 97030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.00 | $1,350.00 |
|-------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**MANUEL DE JESUS**
**1451 TERRE AVE**
**Orlando, FL 32807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.00 | $432.00 |
|---|---|---|---|---|

| | **MANUEL GONZALEZ**<br>**6019 JACKSON ST**<br>**West New York, NJ 07093** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $608.00 | $608.00 |
|---|---|---|---|---|

| | **MANUEL HERNANDEZ**<br>**11621 LOCKWOOD DR**<br>**Silver Spring, MD 20904** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.50 | $212.50 |
|---|---|---|---|---|

| | **MANUEL HERNANDEZ**<br>**36440 N WESTMOOR AVE**<br>**Lake Villa, IL 60046** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,687.00 | $6,687.00 |
|---|---|---|---|---|

| | **MARCELINO GARCIA GOMEZ**<br>**228 7TH ST**<br>**North Bergen, NJ 07047** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

Debtor **HOTEL REHAB SPECIALISTS LLC**
Name

Case number *(if known)*

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.50 | $1,198.50 |
|---|---|---|---|---|

**MARCO SORIA**
**1009 DEBECK DR**
**Rockville, MD 20851**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,409.00 | $2,409.00 |
|---|---|---|---|---|

**MARCOS SALAZAR**
**7810 CALLAGHAN RD**
**San Antonio, TX 78229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**MARIA GUERRA**
**5221 SAN FRANCISCO AVE**
**LAKEWOOD, WA 98449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,320.00 | $1,320.00 |
|---|---|---|---|---|

**MARIO CRUZ ALAS GUARDADO**
**3616 AIRPORT RD**
**Colorado Springs, CO 80910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor   **HOTEL REHAB SPECIALISTS LLC**

Name

Case number (if known)

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,639.00** | **$3,639.00** |

**MARTIN MURO HERNANDEZ**
**515 LOCKWOOD AVE**
**Chicago, IL 60638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,565.00** | **$2,565.00** |

**MARVIN VALDEZ**
**250 MORRIS ST**
**Fairview, NJ 07022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,181.50** | **$3,181.50** |

**MAURICIO BLACKBURN MILLA**
**13 MILTON AVE**
**Baltimore, MD 21224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,911.50** | **$1,911.50** |

**MELVIN MEJIA**
**148 70TH ST**
**GUTTENBERG, NJ 07093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $850.00 |

**MERLIN AGUILAR**
**176 GESSNER RD**
**Houston, TX 77080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $588.00 | $588.00 |

**MICHAEL HERRERA**
**30 OYSTER BAY**
**Lakemoor, IL 60050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,578.00 | $1,578.00 |

**NALLELY VISAIZ**
**2901 W CAMINO BUENO**
**Tucson, AZ 85746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |

**NEHEMIAS PIRIR SIMON**
**128 PALISADES AVE**
**Cliffside Park, NJ 07010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **HOTEL REHAB SPECIALISTS LLC**

Name

Case number (if known)

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,125.00** | **$1,125.00** |
|---|---|---|---|---|

**NELSON CASTILLO**
**1554 SOFTSHELL ST**
**Saint Cloud, FL 34771**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,191.00** | **$6,191.00** |
|---|---|---|---|---|

**NOE HERNANDEZ REYNA**
**5605 NE 89TH AVE**
**Vancouver, WA 98662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$998.06** | **$998.06** |
|---|---|---|---|---|

**NORBERTO HERRERA ABURTO**
**42 CUTTER AVE**
**Coldwater, MI 49036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,083.50** | **$2,083.50** |
|---|---|---|---|---|

**OMAR CARO**
**22739 NE HALSEY ST**
**Fairview, OR 97024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number *(if known)* | |
|--------|---------------------------------|--------------------------|--|
| | Name | | |

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 | $62.00 |
|-------|--------------|-------|---|---|

**OMAR CASTRO**
**5414 CEDAR SPRINGS RD**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.00 | $191.00 |
|-------|--------------|-------|---|---|

**Omero Cortez**
**210 HEATHER TERR**
**Round Lake, IL 60073**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,914.00 | $4,914.00 |
|-------|--------------|-------|---|---|

**OSMIN LIMA**
**3110 HILLCREST DR**
**San Antonio, TX 78201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,466.00 | $2,466.00 |
|-------|--------------|-------|---|---|

**PEDRO GONZALEZ**
**1695 SINGINGWOOD AVE**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **HOTEL REHAB SPECIALISTS LLC**    Case number (if known)
Name

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $4,597.50 | $4,597.50 |
|---|---|---|---|---|

**PEDRO LEON**
**125 DYNA**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number    Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,239.50 | $5,239.50 |
|---|---|---|---|---|

**PEDRO LOPEZ**
**36440 N WESTMOORE AVE**
**Lake Villa, IL 60046**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number    Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $120.00 | $120.00 |
|---|---|---|---|---|

**RAMON ESTEVES**
**42 MARKHAM**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number    Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $6,410.00 | $6,410.00 |
|---|---|---|---|---|

**RAMON GONZALES RIVERA**
**137 WATERFALL PL**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** |

Last 4 digits of account number    Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number *(if known)* | |
|--------|------|------|------|
| | Name | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,086.00** | **$2,086.00** |
|-------|------|------|------|------|
| | **REINA DE LA PAZ FUNES**<br>**3909 WOODHUE**<br>**Alexandria, VA 22309** | | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,905.00** | **$1,905.00** |
|-------|------|------|------|------|
| | **REINER DUARTE VALDES**<br>**874 SW 158TH CT**<br>**Miami, FL 33193** | | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$540.00** | **$540.00** |
|-------|------|------|------|------|
| | **RICARDO LOPEZ**<br>**1217 FRANKLIN ST**<br>**Racine, WI 53403** | | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$184.00** | **$184.00** |
|-------|------|------|------|------|
| | **RICHARD MESSERLY**<br>**210 HEATHER TERR**<br>**Round Lake, IL 60073** | | | |
| | Date or dates debt was incurred<br>**7/2/2016 – 2/3/2018** | Basis for the claim:<br>**Unpaid overtime wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor   **HOTEL REHAB SPECIALISTS LLC**
Name

Case number (if known) _____

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.00 | $182.00 |

**RODOLFO C LARA**
**3110 HILLCREST DR**
**San Antonio, TX 78201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $924.00 | $924.00 |

**RODRIGO GONZALES RIVERA**
**137 WATERFALL PL**
**Dallas, TX 75240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,174.50 | $3,174.50 |

**RONALD RIVERA**
**119 DICKEY AVE**
**San Antonio, TX 78204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,221.00 | $1,221.00 |

**ROSALINO SALAZAR**
**1130 BABCOCK**
**San Antonio, TX 78201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,475.00 | $2,475.00 |
| | **SAMUEL ALEJANDRO SANDOVAL** | Check all that apply. | | |
| | **137 WATERFALL PL** | ☐ Contingent | | |
| | **Dallas, TX 75240** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,110.00 | $1,110.00 |
| | **SANTIAGO LANZILLOTTA** | Check all that apply. | | |
| | **131 HIGHWAY DR** | ☐ Contingent | | |
| | **San Antonio, TX 78219** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,990.00 | $2,990.00 |
| | **SERGIO IBANEZ** | Check all that apply. | | |
| | **3570 N TAMI LN** | ☐ Contingent | | |
| | **Ingleside, IL 60041** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,006.75 | $1,006.75 |
| | **SERGIO NEFTALI** | Check all that apply. | | |
| | **148 70TH ST** | ☐ Contingent | | |
| | **GUTTENBERG, NJ 07093** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **7/2/2016 – 2/3/2018** | **Unpaid overtime wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,579.00 | $6,579.00 |
|-------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**2.143**

Priority creditor's name and mailing address
**UBALDO HERRERA CORONA**
**36440 N WESTMOORE AVE**
**Lake Villa, IL 60046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,579.00          $6,579.00

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.144**

Priority creditor's name and mailing address
**US Department of Labor**
**Frances Perkins Building**
**200 Constitution Ave NW**
**Washington, DC 20210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00          $0.00

Date or dates debt was incurred
**7/2/16 - 2/3/18**

Basis for the claim:
**alleged unpaid overtime wages**

Last 4 digits of account number **6594**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.145**

Priority creditor's name and mailing address
**VICENTE HERRERA**
**5414 CEDAR RD**
**Dallas, TX 75235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,586.00          $4,586.00

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.146**

Priority creditor's name and mailing address
**VICENTE PAUL RIVAS**
**604 ALLISON ST**
**Hyattsville, MD 20784**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,806.00          $2,806.00

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor   **HOTEL REHAB SPECIALISTS LLC**

Name   Case number (if known)

---

**2.147** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,598.75** | **$1,598.75**

**VICTOR HUGO RODRIGUEZ**
**4101 18TH ST**
**Arlington, VA 22204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.148** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,581.00** | **$1,581.00**

**VICTORIANO PANO PEREZ**
**1802 MOUNT PISGAH LN**
**Silver Spring, MD 20903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.149** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,840.00** | **$1,840.00**

**VICTORIANO PEREZ AMBROCIO**
**1802 MOUNT PISGAH LN**
**Silver Spring, MD 20903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.150** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,321.00** | **$3,321.00**

**WALTER IVAN LIMA SALAZAR**
**1130 BABCOCK RD**
**San Antonio, TX 78201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | HOTEL REHAB SPECIALISTS LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,451.25 | $5,451.25 |
|---|---|---|---|---|

**WALTER RODRIGUEZ**
**8250 MOUNTAIN ASH**
**Gaithersburg, MD 20879**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050.00 | $1,050.00 |
|---|---|---|---|---|

**WILSON SACORRO RIVERA**
**10 COOLIDGE AVE**
**Dover, NJ 07801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,154.07 | $2,154.07 |
|---|---|---|---|---|

**WINSTON CASTRO**
**8417 CREDOS CT**
**Alexandria, VA 22309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2016 – 2/3/2018**

Basis for the claim:
**Unpaid overtime wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,881.50 |
|---|---|---|---|

**Ford Harrison**
**PO Box 890836**
**Charlotte, NC 28289-0836**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0001

Basis for the claim:  **Professional Services rendered**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Lisa Solarte**
**36440 N. Westmoore Ave.**
**Lake Villa, IL 60046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business line of credit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **HOTEL REHAB SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
|---|---|---|---|

**Mary Joyce Hewlett**
**108 Adams St.**
**Grand River, IA 50108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business line of credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Victor Solarte**
**7204 S. Rawson Bridge Rd.**
**Cary, IL 60013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **US Department of Labor**<br>**Chicago Dist Office**<br>**230 S. Dearborn, Suite 412**<br>**Chicago, IL 60604** | Line  **2.144**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  374,427.20 |
| 5b. Total claims from Part 2 | 5b. + | $  368,881.50 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $  743,308.70 |

**Fill in this information to identify the case:**

Debtor name   **HOTEL REHAB SPECIALISTS LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **HOTEL REHAB SPECIALISTS LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ <br> Street _____ <br> City      State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street _____ <br> City      State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street _____ <br> City      State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street _____ <br> City      State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **HOTEL REHAB SPECIALISTS LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$0.00** |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$2,103,660.00** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | **$2,012,321.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **HOTEL REHAB SPECIALISTS LLC**    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **US Department of Labor, Wage and Hour Division 1826594** | **Claim for unpaid overtime** | **US Department of Labor Chicago Dist Office 230 S. Dearborn, Suite 412 Chicago, IL 60604** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **HOTEL REHAB SPECIALISTS LLC** _____   Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Derrick B. Hager, P.C.**<br>**245 W. Roosevelt Rd.**<br>**Building 15, Suite 119**<br>**West Chicago, IL 60185** | **Attorney fees, court filing fee** | **April 11, 2018** | **$4,335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **HOTEL REHAB SPECIALISTS LLC**                                    Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<table>
<tr><td style="background:#000;color:#fff">**Part 9:**</td><td>**Personally Identifiable Information**</td></tr>
</table>

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<table>
<tr><td style="background:#000;color:#fff">**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

<table>
<tr><td style="background:#000;color:#fff">**Part 11:**</td><td>**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr>
</table>

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **HOTEL REHAB SPECIALISTS LLC**                    Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor    **HOTEL REHAB SPECIALISTS LLC**                                      Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Richard Kruth** **FLP Tax and Planning Services** **38W780 Hogan Hill** **Elgin, IL 60124** | **since inception** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Victor Solarte** | **7204 S. Rawson Bridge Rd.** **Cary, IL 60013** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **HOTEL REHAB SPECIALISTS LLC**                                Case number *(if known)* _____

---

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2018**
            _____

**/s/ Victor Solarte**                        **Victor Solarte**
_____            _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**
                    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

■ Yes

Debtor    **HOTEL REHAB SPECIALISTS LLC**                          Case number *(if known)*

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                    **Employer Identification number of the parent corporation**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/25/2018

_____          **Victor Solarte**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **HOTEL REHAB SPECIALISTS LLC** _____  Case No. _____
_____ Debtor(s)  Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 26, 2018** _____  /s/ Derrick B. Hager _____
_Date_                                             **Derrick B. Hager 6286310**
                                                   _Signature of Attorney_
                                                   **Derrick b. Hager, P.C.**
                                                   **245 W. Roosevelt Rd.**
                                                   **Building 15, Suite 119**
                                                   **West Chicago, IL 60185**
                                                   **630-587-7490  Fax: 630-587-7493**
                                                   **dirkhager@sbcglobal.net**
                                                   _Name of law firm_

---

# DERRICK B. HAGER
### Attorney At Law

Chapter 7 Corporate Bankruptcy Retainer Agreement for Legal Services

I/We the undersigned, _____HOTEL REHAB SPECIALISTS, LLC_____, (hereinafter the "CLIENT(s)") retain the law firm (herein after "THE FIRM") of Derrick B. Hager, Attorney at Law, (hereinafter the "ATTORNEY") for the purpose of performing legal services related to the filing of a petition in Bankruptcy under Chapter 7 of the United States Bankruptcy Code. The terms and conditions of the representation for legal services as set forth below contains the whole agreement between the Parties relating to the transactions contemplated by this Agreement and supersedes all previous understandings and agreements between the Parties relating to these transactions. Each Party acknowledges that, in agreeing to enter into this Agreement, it has not relied on any representation, warranty, collateral contract or other assurance (except those set out in this Agreement and any documents referred to in it) made by or on behalf of any other Party or any other person whatsoever before the execution of this Agreement. Each Party waives all rights and remedies which, but for this Clause, might otherwise be available to it in respect of any such representation, warranty, collateral contract or other assurance, provided that nothing in this Clause shall limit or exclude any liability for willful misconduct or fraud.

1.       TOTAL STANDARD FEES AND COSTS.

The total fees and costs of this representation for legal services is $___4,335.00___. This total amount consists of:

$_____4,000.00_____ in attorney fees; $_4,000.00_____ for performance of legal services related to the filing of a petition in Bankruptcy under Chapter 7 of the Bankruptcy Code, including but not limited to, the drafting, preparation, analyzing and finalization of all required documents, statements, schedules and statements of financial affairs;

$_____335.00_____ in court filing fees;

$_____00.00_____ for a credit report;

$_____00.00_____ for tax transcripts, and;

STANDARD FEE LEGAL SERVICES:

o    Analysis of CLIENT's financial condition;
o    Advising CLIENT as to the advisability and/or eligibility of seeking relief in bankruptcy under chapter 7, 11 or 13 of the Bankruptcy Code;
o    Assisting CLIENT in assembling documents necessary for or in connection with the filing of a bankruptcy petition;
o    Assisting CLIENT in meeting all conditions precedent to making a petition for relief under the Bankruptcy Code and in meeting all conditions precedent to obtaining a discharge, if CLIENT is eligible to receive a discharge;
o    Preparing CLIENT for examination at the meeting of the creditors pursuant to Section 341 of the Bankruptcy Code;
o    Assisting CLIENT in the enforcement of the Automatic Stay, if required;
o    Communications with the CLIENT's bankruptcy trustee, as necessary;
o    Communications with the CLIENT's creditors, as necessary.

PRE PETITION PAYMENT UNDERSTANDING.

CLIENT(s) hereby understands that THE FIRM will not perform any of the above described services until the fees are paid in full; thereafter the petition in Bankruptcy under Chapter 7 of the Bankruptcy Code will be filed as soon as practicably possible (Attorney reserves the privilege to hold the petition for actual filing until either he has at least three other similar petitions ready to file or the next calendar Saturday, whichever occurs first in time, in order to maximize efficient use of the Attorney's time and minimize expense to the Client).

2.       ADDITIONAL FEES AND COSTS:

The charge of STANDARD FEES assumes that the Chapter 7 petition in bankruptcy will be relatively simple and will not require extraordinary time or additional court appearances beyond the Section 341 Meeting of Creditors. If you case becomes more complex, such as responding to a creditors objection or a request for a Rule 2004 examination (a deposition in bankruptcy) and my attendance at such examination, or defending an adversarial proceeding (a law suit in bankruptcy to determine dischargeability or denial of discharge), CLIENT agrees to pay for legal services beyond STANDARD FEES at an hourly rate of $250.00 per hour.

3.      CLIENT shall provide to the ATTORNEY all requested records and documents within 48 hours of such requests and will obtain written verification of authenticity of those records and documents as deemed necessary.  CLIENT acknowledges that he/she is responsible for physically coming into possession of requested records and documents and does so at his/her own expense, if any.

4.      INDEMNIFICATION BY CLIENT:  In the event any fees, sanctions, cost or expenses are assessed by the court pursuant to a Supreme Court Rule 137, 213(i) and 214 or similar provisions, against any members of the firm individually or DERRICK B. HAGER, ATTORNEY AT LAW, as a result of any false information provided by you or violations of said rules, you agree to indemnify said member of the firm and/or DERRICK B. HAGER, ATTORNEY AT LAW from the same and to pay any such fees, costs or expenses.

5.      REPRESENTATIONS.  THERE HAVE BEEN NO REPRESENTATIONS OR GUARANTEES MADE BY US REGARDING THE OUTCOME OF THIS MATTER as to the obtaining of a judgment or order for relief sought by you or as to the nature or amount of any awards, distributions, attorney's fees, costs or any other aspect of this matter.  Any discussion in this regard, past or present, are limited only to estimates or reasonable assessments based upon experience and judgment, and the information provided by us, but in no event should be considered as a representation promise or guarantee as to the result which might be obtainable, either in a contested trial or by way of a negotiated settlement.

6.      WITHDRAWAL:  In the event that the undersigned fails to comply with the terms of this agreement or fails to cooperate, DERRICK B. HAGER, ATTORNEY AT LAW reserves the right to withdraw its representation in this matter.

7.      CLIENT has the right to terminate employment of THE FIRM at any time but such termination will not alter any rights or duties under the Retainer Agreement and such termination does not reduce the amount owed to THE FIRM or constitute grounds for any refund of monies paid except by agreement in writing.

8.      The undersigned have voluntarily entered into this Retainer Agreement, consisting of three (3) pages (including the signature page) and by the undersigned's signature(s) below agree to all the obligations, rights and duties herein.

Dated this _____9th_____ day of ___APRIL_____, 2018

Agreed and Signed:

_____
Attorney, Derrick B. Hager

_____
Client Signature (debtor)

_____
Client Name Printed (debtor)

_____
Client Signature (co-debtor)

_____
Client Name Printed (co-debtor)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **HOTEL REHAB SPECIALISTS LLC**                                    Case No.

Debtor(s)                        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                        **154**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **April 26, 2018**                    **/s/ Victor Solarte**

**Victor Solarte/President**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re    HOTEL REHAB SPECIALISTS LLC

Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    154

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    4/25/2018

Victor Solarte/President
Signer/Title

ADAN BAUTISTA SANTOS
2931 W KAMM AVE
Caruthers, CA 93609


ADAN CASTRO
5414 CEDAR SPRINGS RD
Dallas, TX 75235


ALEX A. GUZMAN
9475 FOREST SPRINGS DR
Dallas, TX 75243


ALFREDO MATA MONREAL
3026 ALABAMA AVE
Dallas, TX 75216


ALLAN ROMERO
945 FOREST SPRINGS DR
Dallas, TX 75243


ANDERSON ESTRADA
496 ANDERSON AVE
Cliff Park, NJ 07110


ANDY GONZALEZ
496 ANDERSON AVE
Cliff Park, NJ 07110


ANGEL ESTUARDO GARCIA
365 GORGE RD
Cliff Park, NJ 07110


APOLINARIO TUYUC
276 9TH ST
Fairview, NJ 07022


ARCADIO HERRERA GUTIERREZ
210 HEATHER TERR
Round Lake, IL 60073


ARMANDO CARVALLO
443 9 CT
Hialeah, FL 33013

ARNULFO CASTRO AGUILAR
5414 CEDAR ESPRING #1634
Dallas, TX 75235-7584


ARTURO MURO
5151 LOCKWOOD AVE
Chicago, IL 60638


AUDNER ALEXANDER MILLA
13 MILTON AVE
Baltimore, MD 21224


BERNABE ALDAZ
36440 N WESTMOORE AVE
Lake Villa, IL 60046


BRAILIN VAZQUEZ
BRAILIN VAZQUEZ
Montgomery, AL 36105


BYRON GABRIEL MUNOZ
64 JACKSON ST
West New York, NJ 07093


CARLOS F BARRIENTOS
4918 KING DAVID BLVD
Annandale, VA 22003


CARMELO LOPEZ
361 AIRPORT RD
Colorado Springs, CO 80910


CESAR CALVA AGUILAR
36440 N WESTMOORE AVE
Lake Villa, IL 60046


CRISPIN FRIAS REYES
2313 VINE ST
Orlando, FL 32806


CRISTOPHER ROSARIO VERAS
2278 SHEBOYGAN PL
Kissimmee, FL 34758

DALE TEMPLE
406 Northwest Hwy
Fox River Grove, IL 60021


DANIEL GARCIA PEREZ
795 MELBURY FOREST
San Antonio, TX 78239


DANIEL RIVERA
324 W ROCHELLE RD
Irving, TX 75062


DARWIN SEGURA CASTRO
180 POWEL ST
Brooklyn, NY 11212


DAVID FELIPE HERRERA
1409 SUNSET DR
Round Lake, IL 60073


DAVID FERNANDO HERRERA
1125 FOREST HILLS SCHOOL RD
Marshville, NC 28103


DAVID VARELA
671 CLINTON ST
Reading, PA 19601


DAVID VELAZCO CRUZ
460 TEAKWOOD ST
Oxnard, CA 93033


DERY ROBINSON SEIJAS
16 LINCOLN STREET
Fairview, NJ 07022


DIEGO TUY
250 MORRIS ST
Fairview, NJ 07022


EDDI RONALDO GARCIA
120 SHERICAN PLACE
Fairview, NJ 07022

EDGAR GOMEZ OSTOS
6719 BUENA VISTA
San Antonio, TX 78227


EDGAR LARA ESTRADA
210 HEATHER TERRACE
Round Lake, IL 60073


EDGAR TISTA BACHAN
3900 EXECUTIVE AVE
Alexandria, VA 22305


EDUARDO VILLASENOR
131 HIGHWAY DR
San Antonio, TX 78219


EFREN MORALES
1526 KENMORE AVE
Round Lake, IL 60073


EIDY D MACIAS
614 JACKSON ST
West New York, NJ 07093


ELDER ORLANDO ESGUIVEL
36440 N WESTMOORE AVE
Lake Villa, IL 60046


ELDERMAR MOTA
210 HEATHER TERR
Round Lake, IL 60073


ELIA MARIBEL MENDEZ
155 FAIRFIELD DR
Frederick, MD 21702


ELIAS JOSUE ESPINAL RUIZ
4711 66th PLACE
Hyattsville, MD 20784


ERIN SANTOS
7410 MAI DR
Orlando, FL 32822

ERMEND PEREZ
270 GRAND CONCOURSE
Bronx, NY 10457


ERNESTO LOPEZ GONZALEZ
955 N DUESENBERG DR
Ontario, CA 91764


ERVIN ERAZO
11621 LOCKWOOD DR
Silver Spring, MD 20904


ERVIN SALINAS
5416 54TH AVE
Riverdale, MD 20737


ESPERANZA LAZO ACOSTA
2729 FIELDSTONE CT
Orlando, FL 32839


EVELYN ROSE TORRES
527 NEWARK
Kenilworth, NJ 07033


FABIAN HERNANDEZ LOPEZ
6216 BAINBRIDGE RD
Charlotte, NC 28212


FABIAN LOPEZ
1434 E GALENA BLVD
Aurora, IL 60505


FELIPE JAVIER ARGUETA
763 TRASK AVE
Westminster, CA 92683


FERNANDO LOPEZ MENDEZ
836 S NORMANDIE AVE
Los Angeles, CA 90003


FLAVIO MARTINEZ NUNEZ
210 HEATHER TERR
Round Lake, IL 60073

Ford Harrison
PO Box 890836
Charlotte, NC 28289-0836


FRANCIS PAYANO
429 WEST ST
Port Chester, NY 10573


FRANCISCO DIAZ
782 STELLAR LN
Memphis, TN 38125


FRANCISCO SALAZAR
7810 CALLAGHAN RD
San Antonio, TX 78229


FRANCISCO SIS
2032 COLUMBIA PIKE
Arlington, VA 22204


FRANKI VELASQUEZ
213 19TH ST
Fairview, NJ 07022


FRAY BLANCO
213 9TH ST
Fairview, NJ 07022


GABRIEL PENOVI
4000 HORIZON HILL BLVD
San Antonio, TX 78229


GERONIMO OSEGUERA
434 SHARP ST
Hackettstown, NJ 07840


GUSTAVO PUGA
334 ANDERSON AVE
Cliffside Park, NJ 07010


HECTOR GONZALEZ RIVERA
137 WATERFALL PL
Dallas, TX 75240

HENRY SANCHEZ
34 101 ST
Corona, NY 11368


HERBERT MAZARIEGOS
108 CHELLE CT
Ladson, SC 29456


ISMAEL CARDOSO
1200 PATRICIA
San Antonio, TX 78213


ISMAEL ORTEGA
1200 PATRICIA
San Antonio, TX 78213


IVAN ANIBAL SOLORZANO FLECHER
160 NW 35TH ST
Miami, FL 33142


IVAN CALVA CRUZ
28 NEVADA AVE
Medford, NY 11763


IVAN FLORES
496 ANDERSON AVE
Cliff Park, NJ 07110


JAIR VENTURA CRUZ
13847 WATERFALL PL
Dallas, TX 75241


JAIRO GUERRA
121 MAIN ST
Hackettstown, NJ 07840


JAVIER ALDANA
5822 9TH STR NW
Washington, DC 20011


JEFFERSON APARTMENT GROUP
600 SOMERSET PARK DR
Leesburg, VA 20175

JESUS CASTANEDA
3224 W SALINAS
San Antonio, TX 78207


JESUS DOMINGEZ
496 ANDERSON AVE
Cliffside Park, NJ 07010


JESUS VALENTIN RANGEL RECIO
36440 N WESTMOORE AVE
Lake Villa, IL 60046


JONATHAN ESPINOZA
3009 MAINE AVE
Medford, NY 11763


JONATHAN TRUJILLO
36440 N WESTMOORE AVE
Lake Villa, IL 60046


JORGE LARA
12 SUMMIT ST
East Orange, NJ 07017


JORGE ZURITA
36440 N WESTMOORE AVE
Lake Villa, IL 60046


JOSE AGUIN TOMAS
4602 KENNEDY BLVD
Union City, NJ 07087


JOSE MARCOS
7010 NW 186TH ST
Hialeah, FL 33015


JOSE MARIA CURIALES
210 HEATHER TERR
Round Lake, IL 60073


JOSE T HERRERA
5414 CEDAR RD
Dallas, TX 75235

JOSE VILLASENOR HERRERA
36440 N WESTMOORE AVE
Lake Villa, IL 60046


JOSEPH CARTAGENA
10920 NEW HAMPSHIRE AVE
Silver Spring, MD 20903


JUAN CARLOS HERRERA
5414 CEDAR RD
Dallas, TX 75235


JUAN GABRIEL SIMON
4602 KENNEDY LN
Union City, NJ 07087


JULIO CESAR SANCHEZ CARMONA
1738 PERKIOMEN AVE
Reading, PA 19602


JUNIOR CUSTODIO
10 SPRUCE STREET
Elmwood Park, NJ 07407


KENYA R PINEDA
51 RIVER DR
Dallas, TX 75235


LEANDRO PENA
2278 SHEBOYGAN PL
Kissimmee, FL 34758


Lisa Solarte
36440 N. Westmoore Ave.
Lake Villa, IL 60046


LUCIO VASQUEZ PINA
1310 HIWAY DR
San Antonio, TX 78219


LUIS ALBERTO CRUZ
36440 N WESTMOORE AVE
Lake Villa, IL 60046

LUIS HERNANDEZ VILLASENOR
751 MELBURY
San Antonio, TX 78239


LUIS LUNA VELAZQUEZ
885 N HOOD AVE
Gresham, OR 97030


MANUEL DE JESUS
1451 TERRE AVE
Orlando, FL 32807


MANUEL GONZALEZ
6019 JACKSON ST
West New York, NJ 07093


MANUEL HERNANDEZ
36440 N WESTMOOR AVE
Lake Villa, IL 60046


MARCELINO GARCIA GOMEZ
228 7TH ST
North Bergen, NJ 07047


MARCO SORIA
1009 DEBECK DR
Rockville, MD 20851


MARCOS SALAZAR
7810 CALLAGHAN RD
San Antonio, TX 78229


MARIA GUERRA
5221 SAN FRANCISCO AVE
LAKEWOOD, WA 98449


MARIO CRUZ ALAS GUARDADO
3616 AIRPORT RD
Colorado Springs, CO 80910


MARTIN MURO HERNANDEZ
515 LOCKWOOD AVE
Chicago, IL 60638

MARVIN VALDEZ
250 MORRIS ST
Fairview, NJ 07022


Mary Joyce Hewlett
108 Adams St.
Grand River, IA 50108


MAURICIO BLACKBURN MILLA
13 MILTON AVE
Baltimore, MD 21224


MELVIN MEJIA
148 70TH ST
GUTTENBERG, NJ 07093


MERLIN AGUILAR
176 GESSNER RD
Houston, TX 77080


MICHAEL HERRERA
30 OYSTER BAY
Lakemoor, IL 60050


NALLELY VISAIZ
2901 W CAMINO BUENO
Tucson, AZ 85746


NEHEMIAS PIRIR SIMON
128 PALISADES AVE
Cliffside Park, NJ 07010


NELSON CASTILLO
1554 SOFTSHELL ST
Saint Cloud, FL 34771


NOE HERNANDEZ REYNA
5605 NE 89TH AVE
Vancouver, WA 98662


NORBERTO HERRERA ABURTO
42 CUTTER AVE
Coldwater, MI 49036

OMAR CARO
22739 NE HALSEY ST
Fairview, OR 97024


OMAR CASTRO
5414 CEDAR SPRINGS RD
Dallas, TX 75235


Omero Cortez
210 HEATHER TERR
Round Lake, IL 60073


OSMIN LIMA
3110 HILLCREST DR
San Antonio, TX 78201


PEDRO GONZALEZ
1695 SINGINGWOOD AVE
Pomona, CA 91767


PEDRO LEON
125 DYNA
Houston, TX 77060


PEDRO LOPEZ
36440 N WESTMOORE AVE
Lake Villa, IL 60046


RAMON ESTEVES
42 MARKHAM
Deerfield Beach, FL 33442


RAMON GONZALES RIVERA
137 WATERFALL PL
Dallas, TX 75240


REINA DE LA PAZ FUNES
3909 WOODHUE
Alexandria, VA 22309


REINER DUARTE VALDES
874 SW 158TH CT
Miami, FL 33193

RICARDO LOPEZ
1217 FRANKLIN ST
Racine, WI 53403


RICHARD MESSERLY
210 HEATHER TERR
Round Lake, IL 60073


RODOLFO C LARA
3110 HILLCREST DR
San Antonio, TX 78201


RODRIGO GONZALES RIVERA
137 WATERFALL PL
Dallas, TX 75240


RONALD RIVERA
119 DICKEY AVE
San Antonio, TX 78204


ROSALINO SALAZAR
1130 BABCOCK
San Antonio, TX 78201


SAMUEL ALEJANDRO SANDOVAL
137 WATERFALL PL
Dallas, TX 75240


SANTIAGO LANZILLOTTA
131 HIGHWAY DR
San Antonio, TX 78219


SERGIO IBANEZ
3570 N TAMI LN
Ingleside, IL 60041


SERGIO NEFTALI
148 70TH ST
GUTTENBERG, NJ 07093


UBALDO HERRERA CORONA
36440 N WESTMOORE AVE
Lake Villa, IL 60046

US Department of Labor
Chicago Dist Office
230 S. Dearborn, Suite 412
Chicago, IL 60604


VICENTE HERRERA
5414 CEDAR RD
Dallas, TX 75235


VICENTE PAUL RIVAS
604 ALLISON ST
Hyattsville, MD 20784


VICTOR HUGO RODRIGUEZ
4101 18TH ST
Arlington, VA 22204


Victor Solarte
7204 S. Rawson Bridge Rd.
Cary, IL 60013


VICTORIANO PANO PEREZ
1802 MOUNT PISGAH LN
Silver Spring, MD 20903


VICTORIANO PEREZ AMBROCIO
1802 MOUNT PISGAH LN
Silver Spring, MD 20903


WALTER IVAN LIMA SALAZAR
1130 BABCOCK RD
San Antonio, TX 78201


WALTER RODRIGUEZ
8250 MOUNTAIN ASH
Gaithersburg, MD 20879


WILSON SACORRO RIVERA
10 COOLIDGE AVE
Dover, NJ 07801


WINSTON CASTRO
8417 CREDOS CT
Alexandria, VA 22309

# United States Bankruptcy Court
## Northern District of Illinois

In re   HOTEL REHAB SPECIALISTS LLC

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   HOTEL REHAB SPECIALISTS LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 26, 2018

Date

/s/ Derrick B. Hager

**Derrick B. Hager 6286310**

Signature of Attorney or Litigant

Counsel for   HOTEL REHAB SPECIALISTS LLC

**Derrick b. Hager, P.C.**

**245 W. Roosevelt Rd.**
**Building 15, Suite 119**
**West Chicago, IL 60185**
**630-587-7490 Fax:630-587-7493**
**dirkhager@sbcglobal.net**

## United States Bankruptcy Court
### Northern District of Illinois

In re   HOTEL REHAB SPECIALISTS LLC _____   Case No. _____

                                             Debtor(s)   Chapter   **7** _____

#### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   HOTEL REHAB SPECIALISTS LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 24, 2018** _____

Date

Derrick B. Hager 6286310
Signature of Attorney or Litigant
Counsel for   HOTEL REHAB SPECIALISTS LLC
**Derrick b. Hager, P.C.**
**245 W. Roosevelt Rd.**
**Building 15, Suite 119**
**West Chicago, IL 60185**
**630-587-7490 Fax:630-587-7493**
**dirkhager@sbcglobal.net**